~~Brian C. Shapiro~~
~~Attorney at Law: 192789~~
~~Law Offices of Lawrence D. Rohlfing~~
~~12631 East Imperial Highway, Suite C-115~~
~~Santa Fe Springs, CA 90670~~
~~Tel.: (562)868-5886~~
~~Fax: (562)868-8868~~
~~E-mail: rohlfing.office@rohlfinglaw.com~~

~~Attorneys for Plaintiff~~
~~Thomas Alan Friend~~

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALAN FRIEND,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 5:12-cv-01716-AN<br><br>~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

Case 5:12-cv-01716-AN   Document 20   Filed 11/20/13   Page 2 of 2   Page ID #:1125

1     IT IS ORDERED that fees and expenses in the amount of $3,950 as
2 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
3 DATE: November 20, 2013

                                   THE HONORABLE ARTHUR NAKAZATO
                                   UNITED STATES MAGISTRATE JUDGE

-2-